EDWARD S. GREENBAUM, 2D, et al., Appellants, *v.* TILTZ AIR CONDITIONING CORP., Respondent.

Argued May 20, 1947; decided July 2, 1947.

*Lawrence S. Greenbaum, Jerome Handler* and *Theodore S. Jaffin* for appellants.

*Walter L. Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.